IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3020 |
| vs. | |
| CODY M. LACEFIELD, | ORDER |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Justin J. Cook, as a Criminal Justice Act Training Panel Member, to assist in the defense of Cody M. Lacefield.

Accordingly,

IT IS ORDERED:

1) Pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Justin J. Cook is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Justin J. Cook shall not be eligible to receive compensation for his services in this case.

2) The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Cody M. Lacefield.

February 24, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge