IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3020 |
| vs. | **ORDER** |
| CODY M. LACEFIELD, | |
| Defendant. | |

IT IS ORDERED:

1) The defendant's oral motion for temporary release is granted.

2) The defendant shall be released to attend the birth of his child at 6:00 a.m. on March 2, 2016. His return time will to be determined by further order of the court.

3) The Defendant shall remain with family members or the Federal Public Defender's Office during the entire period of this temporary release.

4) The defendant will be picked up from the jail by his aunt, Michelle Ottens, who is providing the transportation for Defendant's temporary release from custody.

5) The undersigned magistrate judge has provided a copy of this order to the Marshal.

March 1, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge