IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CODY M. LACEFIELD,<br><br>    Defendant. | **4:16CR3020**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion for Continuance (filing 122) is granted.

2. Defendant Cody M. Lacefield's violation of supervised release hearing is continued to October 10, 2019, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 25th day of July, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge